# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 17-0304-CG-N |
| PRECISION SAND PRODUCTS, LLC, TERRY WILLIAMS, and SANDRA WILLIAMS, ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated September 14, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the "Motion for Order Requiring Plaintiff to Provide More Information, or, in the Alternative, Motion to Dismiss" (Doc. 13) filed by Defendants Terry Williams and Zandra Williams is **DENIED**.

**DONE and ORDERED** this 3rd day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE