IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NAUTILUS INSURANCE COMPANY,

    Plaintiff,

v.

                                                           Civil Action No. 1:17-cv-00304-KD-N

PRECISION SAND PRODUCTS, LLC,
et al.,

    Defendants.

## STIPULATION FOR DISMISSAL

This case having been settled, Plaintiff Nautilus Insurance Company and Defendants Precision Sand Products, LLC, RLF Baldwin Properties, LLC, RLF Baldwin Operations, LLC, Brooks DeLaney, Wayne Cooper, Mike Emmons, Terry Williams, and Zandra Williams a/k/a Zandera Williams hereby stipulate to dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own costs.

                                                    /s/ A. Grady "Bo" Williams IV
                                                  A. GRADY "BO" WILLIAMS IV
                                                  Attorney for Plaintiff Nautilus Insurance Co.

OF COUNSEL:

PHELPS DUNBAR, LLP
P.O. Box 2727
Mobile, AL 36652
(251) 432-4481
bo.williams.@phelps.com

/s/ James B. Pittman, Jr.
JAMES B. PITTMAN, JR.
James B. Pittman, Jr., P.C.
P.O. Box 2525
Daphne, AL 36526
(251) 626-7704
Fax: (251) 626-4943
Email: james@jbplaw.com

ATTORNEY FOR DEFENDANTS PRECISION SAND PRODUCTS, LLC, RLF BALDWIN PROPERTIES, LLC, RLF BALDWIN OPERATIONS, LLC, BROOKS DELANEY, WAYNE COOPER, AND MIKE EMMONS

_____
J. FLINT LIDDON, III
DAVID EARL MILLER, JR.
Liddon Law Firm
1330 21st Way South, Suite G-10
Birmingham, AL 35209
(205) 224-5675
Email: flint@liddonlaw.com
Email: david@liddonlaw.com

ATTORNEYS FOR DEFENDANTS TERRY WILLLIAMS AND ZANDRA WILLIAMS A/K/A ZANDERA WILLIAMS

CERTIFICATE OF SERVICE

I hereby certify that I have on April 25TH, 2018 electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Pittman , Jr., Esquire
James B. Pittman, Jr., P.C.
P.O. Box 2525
Daphne, AL 36526
(251) 626-7704
Fax: (251) 626-4943
Email: james@jbplaw.com

J. Flint Liddon , III, Esquire
David Earl Miller, Jr., Esquire
Liddon Law Firm
1330 21st Way South, Suite G-10
Birmingham, AL 35209
(205) 224-5675
Email: flint@liddonlaw.com
Email: david@liddonlaw.com

Weathers Bolt, Esq.
Warren Butler, Esq.
Starnes Davis Florie
P.O. Box 1548
Mobile, AL 3.6633-1548

PD.23556938.1

Liz Borg
121 Mitcham Ave
Auburn, AL 36830
Email: office@judgeborg.com

_____
A. GRADY "BO" WILLIAMS IV